UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN FLOWERS,<br><br>Plaintiff<br><br>v.<br><br>LT. RUIZ, et al.,<br><br>Defendants | Case No. 2:24-cv-01506-APG-DJA<br><br>ORDER |

    Plaintiff Norman Flowers ("Plaintiff") files a motion for enlargement of time. (ECF No. 5 at 1.) In its screening order, the Court dismissed the complaint and allowed Plaintiff until March 24, 2025, to file an amended complaint. (ECF No. 3 at 9.) In his motion, Plaintiff requests an additional 90 days to file an amended complaint for the following reasons: (1) he is preparing with counsel in a pending criminal case where he may face the death penalty; (2) he is under lockdown in a segregated housing unit; (3) he does not have access to the law library; and (4) he is in pain from various medical issues. (ECF No. 5 at 2–3.)

    For good cause shown, IT IS ORDERED that Plaintiff's motion for enlargement of time (ECF No. 5) is GRANTED IN PART and DENIED IN PART.

    IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint by **May 8, 2025**.

    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice for failure to state a claim.

    DATED THIS 25th day of March 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE