**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Norman Flowers,

Plaintiff

v.

Lt. Ruiz, et al.,

Defendants

Case No.: 2:24-cv-01506-APG-DJA

**Order Granting Plaintiff's Motion for Extension of Time**

[ECF No. 30]

Norm Flowers moves for a 60-day extension of the deadline to respond to the defendant's motion for summary judgment. ECF No. 30. The defendant does not oppose and the motion is supported by good cause.

I THEREFORE ORDER that Flowers' motion **(ECF No. 30) is granted**. His opposition to the motion for summary judgment is due December 21, 2026.

DATED this 2nd day of November, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE